THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK P. DIETZ, Appellant.— Appeal unanimously dismissed. No appeal lies from an order denying a motion for resentence except on appeal duly taken from the judgment of conviction. (*People* v. *Mellon*, 261 App. Div. 400; *People* v. *Goodman*, 233 App. Div. 672.) Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. EDWARD SCOTTI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ARO G. GABRIEL et al., Respondents, v. CONTINENTAL INSURANCE COMPANY et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ABRAHAM S. GREENHOUSE, Appellant, v. WILLIAM SACKLOW, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See *post,* p. 849.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE POTAPOW, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ROSE BAZAR, Respondent, v. PHILIP MORGENSTEIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post,* p. 848.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GREENFIELD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Accounting of GEORGE KEAN et al., as Executors of ROSE TEKULSKY, Deceased, Respondents. SOL TEKULSKY, as Executor of CARRIE G. TEKULSKI, Deceased, Appellant; LOUIS LIPPMAN et al., as Administrators of the Estate of HOWARD ROTHSTEIN, Deceased, Respondents.— Decree unanimously affirmed, with costs to respondents, distributees of Nathan G. Tekulsky, deceased. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of GEORGE LAPAN, an Infant, by SONIA BARMAK, His Guardian ad Litem, Appellant, against SOL LAPAN, Respondent.— Order entered on or about April 27, 1943, unanimously affirmed, without prejudice to proper proceedings to modify the amended decree of the Supreme Court, Westchester County, entered on or about April 27, 1931. Appeal from order entered on or about October 16, 1935, dismissed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post,* p. 848.]

MAX OLESKER et al., Copartners Doing Business as REMO ASSOCIATES, Respondents, v. LOUIS E. BERNSTEIN, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, on the ground that there are triable issues of fact. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

DAVID ALPERT et al., Copartners Doing Business under the Name of Z. ALPERT & SONS, Appellants, v. WOLF & BARSE, INC., Respondent.— Judgment upon the counterclaim unanimously reversed and a new trial ordered as to said counterclaim, with costs to the appellants to abide the event, on the ground that the verdict of the jury was contrary to the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.